# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 6:12-cr-209-Orl-37DAB

ILAN FEDIDA

_____

## ORDER

This matter is before the Court on its own motion. Subsequent to issuing its order denying Defendant's motion to dismiss the indictment, which was signed on April 30, 2013, but docketed by the clerk on May 1, 2013, the Court received an email communication from a member of the public concerning this criminal case in violation of the Court's Local Rules.[1] Local Rule 3.01(f) states:

> All applications to the Court (i) requesting relief in any form, or (ii) citing authorities or presenting argument with respect to any matter awaiting decisions, shall be made in writing . . . in accordance with this rule and in appropriate form pursuant to Rule 1.05; and, <u>unless invited or directed by the presiding judge, shall not be addressed or presented to the court in the form or a letter or the like</u>. All pleadings and papers to be filed shall be filed with the Clerk of the Court and not with the judge thereof. . . .

The Court did not invite or authorize this person to address it in the form of an email.

The Court has deleted the email communication and, as it was received after the Court issued its Order, did not consider it in connection with the Defendant's motion.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 2, 2013.

---

[1] [The Court provided copies of the communication to counsel.]

_____
ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record