**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                                     Case No. 6:12-cr-209-Orl-37DAB

ILAN FEDIDA

---

**ORDER**

This cause is before the Court on the following:

1. Defendant's Motion In Limine As To Expert Testimony (Doc. 59), filed May 13, 2012; and

2. United States' Response in Opposition to Defendant's Motion In Limine As To Expert Testimony (Doc. 70), filed May 28, 2013.

Defendant moves to exclude the opinions and testimony of the Government's expert witnesses, Dr. Terrence Boos and Dr. Sandy Ghozland. (Doc. 59.) Defendant contends that Dr. Boos' opinions regarding the chemical structures of two compounds, UR-144 and XLR-11, are unreliable and therefore inadmissible. The Government argues that Dr. Boos' opinions were based on his knowledge of chemistry, an analysis of the two-dimensional drawings of the structures, and his analysis of the structures of chemicals disclosed in the literature.

Upon consideration, the Court will deny the motion with regard to Dr. Boos as Defendant's arguments go more toward the weight that should be given to Dr. Boos' opinions by the trier of fact than to the admissibility of Dr. Boos' opinions and testimony. *See Quiet Tech. DC-8 v. Hurel-Dubois UK Ltd.*, 326 F.3d 1333, 1345 (11th Cir. 2003) (noting that, when considering reliability challenges to expert testimony, "objections to

the inadequacies of a study are more appropriately considered an objection going to the weight of the evidence rather than its admissibility").

As for the opinions of Dr. Ghozland, the Government intends to proffer another expert in her place, because she will be unable to appear at trial in this matter. As such, the Court will reserve ruling on this portion of the motion until trial.

## CONCLUSION

Accordingly, it is hereby **ORDERED and ADJUDGED** that Defendant's Motion In Limine As To Expert Testimony (Doc. 59) is **DENIED IN PART**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 11, 2013.

ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record